**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6149**

---

CHARLES GOODE,

　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

RONALD ANGELONE; VIRGINIA DEPARTMENT OF
CORRECTIONS, Intake and Legal Services,

　　　　　　　　　　　　　　　　Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Robert G. Doumar, Senior
District Judge.  (CA-03-891-2)

---

Submitted:  March 11, 2004　　　　Decided:  March 19, 2004

---

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Charles Goode, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Goode appeals the district court's order dismissing his petition for writ of mandamus for failure to state a claim under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal as frivolous for the reasons stated by the district court. See Goode v. Angelone, No. CA-03-891-2 (E.D. Va. filed Jan. 5, 2004; entered Jan. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED